UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

__Orlando__ Division

CIVIL RIGHTS COMPLAINT FORM
JURY TRIAL REQUESTED

William Alexander WHITE

CASE NUMBER: 6:14-CV-1249-OLL-40TBS
(To be supplied by Clerk's Office)
NEW COMPLAINT

#2014000055114

(Enter full name of each Plaintiff and prison number, if applicable)

v.

"Sergeant" FREDERICK

Donald ESLINGER

SEMINOLE COUNTY, FLORIDA

(Enter full name of each Defendant. If additional space is required, use the blank area directly to the right).

**ANSWER ALL OF THE FOLLOWING QUESTIONS:**

I. PLACE OF PRESENT CONFINEMENT: John E. Polk Correctional Facility 211 Bush Blvd
(Indicate the name and location)
Sanford, FL 32773

II. EXHAUSTION OF ADMINISTRATIVE REMEDIES: Exhaustion of administrative remedies is required prior to pursuing a civil rights action regarding conditions or events in any prison, jail, or detention center. 42 U.S.C. § 1997e(a). Plaintiff is warned that any claims for which the administrative grievance process was not completed prior to filing this lawsuit may be subject to dismissal.

See Appendix One for Administrative Remedy

III. PREVIOUS LAWSUITS:

DC 225 (Rev 2/2012)                                1

A. Have you initiated other lawsuits in state court dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof? Yes ( ) No (X)

B. Have you initiated other lawsuits in <u>federal court</u> dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof? Yes (X) No ( )

C. If your answer to either A or B is YES, describe each lawsuit in the space provided *below*. If there is more than one lawsuit, describe all additional lawsuits on a *separate piece* of paper, using *the same format* as below.

   1. Parties to previous lawsuit:

      Plaintiff(s): William A White

      Defendant(s): William Berger Sr, Eric Thompson, Donald Eslinger, Ronald Shaw, Joseph Klinger, Sergeant Frederick, Seminole County, Florida

   2. Court (if federal court, name the district; if state court, name the county):

      Middle District of Florida

   3. Docket Number: 14-cv-436

   4. Name of judge: Judge Presnell, Magistrate Smith

   5. Briefly describe the facts and basis of the lawsuit: The lawsuit covered conditions of confinement, mail regulations, and abuse giving rise to this claim.

   6. Disposition (Was the case dismissed? Was it appealed? Is it still pending?): The case is pending. Judge Smith ordered it broken up into separate lawsuits and refiled.

   7. Approximate filing date: 6/17/14

   8. Approximate disposition date: pending

D. Have you initiated lawsuits or appeals from lawsuits in federal court that have been dismissed as frivolous, malicious or for failure to state a claim upon which relief may be granted? If so,

DC 225 (Rev 2/2012)

2

identify these suits below by providing the case number, the style, and the disposition of each case: I had a suit in the Western District of Virginia dismissed as frivolous in 2010. I do not have access to the details.

IV. PARTIES: In part A of this section, indicate your full name in the first blank and your full mailing address in the second blank. Do the same for each additional Plaintiff named in the Complaint (if any) in part B of this section:

A. Name of Plaintiff: William Alexander White

   Mailing address: John E. Polk Correctional Facility 211 Bush Blvd Sanford, FL 32773

B. Additional Plaintiffs: _____

In part C of this section, indicate the **full name** of the first named Defendant. Also, fill in his or her mailing address, position, and where he or she is employed. For any additional Defendants, use parts D through G of this section for the names, addresses, positions and places of employment:

C. Defendant: "Sergeant" Frederick

   Mailing Address: 211 Bush Blvd Sanford, FL 32773

   Position: Deputy Sheriff - Sergeant

   Employed at: Seminole County, Florida

D. Defendant: Donald Eslinger

   Mailing Address: Seminole County Sheriff's Office 100 Bush Blvd Sanford, FL 32773

Position: _Sheriff_

Employed at: _Seminole County, Florida_

E. Defendant: _Seminole County, Florida_

Mailing Address: _c/o A. Bryan Applegate, Seminole County Attorney_

_1101 E First St, Sanford, FL 32771_

Position: _County Government_

Employed at: _Self_

F. Defendant: _____

Mailing Address: _____

Position: _____

Employed at: _____

G. Defendant: _____

Mailing Address: _____

Position: _____

Employed at: _____

V.   **STATEMENT OF CLAIM**: State what rights under the Constitution, laws, or treaties of the United States have been violated, and be specific. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. **Any claim that is not related to the same basic incident or issue must be addressed in a separate Civil Rights Form.**

"Sergeant" Frederick attempted to impede and impeded my access to the Courts and civil suit 14-cv-936, violated 42 USCS§1983 and federal anti-torture tort laws, and violated my Fifth, Sixth, Eighth and Fourteenth Amendment rights by threatening me and assaulting me with a weapon while ordering me to cease and desist my complaint in 14-cv-936. This led to physical injury and serious emotional distress. Donald Eslinger and Seminole County, Florida, knew of Frederick's history, allowed him to remain in a supervisory position, and established policies which aided him.

VI.   **STATEMENT OF FACTS**: State as briefly as possible the FACTS of your case. Describe how each defendant was involved. **Do not make any legal arguments or cite any cases or statutes.** State with as much specificity as possible the facts in the following manner:

1.   Name and position of person(s) involved.
2.   Date(s).
3.   Place(s).
4.   Fact(s) or event(s) giving rise to your claim, including involvement of each defendant.
5.   Nature and extent of injury (i.e., physical injury or how you were harmed by the acts of the defendant[s]).

On June 19, 2014, I was removed from cell 1SO-201 by "Sergeant" Frederick and two other Deputies. Some or all of this incident was captured on camera. I was handcuffed with my hands behind my back. I was thrown into a wall by one Deputy. I stated that I was not resisting, that I had not eaten in two days and was too weak to resist, and that force was unnecessary. Frederick then drew a Taser, pointed it at me, and stated that if I "kept not resisting" he would shoot me because "he wanted to hurt me."

I was then taken back into cell 1SO-201 and thrown into another wall. I was told by Frederick to stop complaining about the lights and camera in my cell, a reference to case

14-cv-436, then pending before this Court, because the lights and camera were all that was protecting me from him. He then stated, "Do you understand? Because, if you don't understand, I'm going to torture you with this Taser." Frederick then unholstered his Taser. When I said, "Yeah, I understand," Frederick developed a salacious leering grin on his face and stated in a sexual manner that if I continued my complaint he would "strip me naked for the camera and watch me."

I had been previously alerted to Sergeant Frederick's physical and sexual abuse of inmates by inmates Marcus Robertson and David Hedrick. I had been told that Frederick was one of three staff who often threw inmates against a wall and either beat or Tasered them. I was also told that Frederick would sexually assault inmates in "the naked room" by claiming they were "suicidal," physically assaulting them, and removing their clothes, then watching them on camera.

It is the formal policy of the jail, established by Donald Eslinger, to strip "suicidal" inmates naked, without the customary wrap/blanket known as a "turtle suit." I have heard Deputies plan to use this tactic to sexually assault female inmates and have been housed in medical with women so assaulted. This tactic was also used by black guards to assault George Zimmerman, who was placed naked in cell ISO-102 with Donald Eslinger's personal approval because of the racial nature of his case.

Eslinger and Seminole County, Florida, were aware of Frederick's history of assaults and misconduct, which has also included aggression towards staff, but retain him in a supervisory position.

This assault and fear of further assault interfered with my access to the Courts. It also contributed to my loss of dozens of pounds, head and stomach aches, loss of sleep and the loss of the ability to eat, as well as causing serious emotional distress.

VII. **RELIEF REQUESTED**: State briefly what you want the Court to do for you. Again, do not make any legal arguments or cite any cases or statutes.

Eslinger and Seminole County, Florida, should be enjoined from employing individuals with

DC 225 (Rev 2/2012)                                      6

a history of assaulting inmates. Frederick should be enjoined from working in environments where he has custody of other persons. The Court should enjoined Eslinger and Seminole County, Florida, from continuing their "naked room" policy. I should be awarded damages for interference with my rights to trial, due process, and access to the Courts, for the tort of torture, for physical injury and for serious emotional distress.

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

Signed this 30TH day of July, 2014.

_William A White_

William A White

(Signatures of all Plaintiffs)

### IF MAILED BY PRISONER:

I declare (or certify, verify, or affirm) under penalty of perjury that this complaint was (check one): ☒ delivered to prison officials for mailing or ☐ deposited in the prison's internal mail on: the 30TH day of July, 2014.

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
Orlando Division

| | |
|---|---|
| William A. WHITE<br>    Plaintiff<br>v.<br>"Sergeant" FREDERICK, et al.<br>    Defendant | Case Number:<br>Judge Presnell<br>Magistrate Smith |

### APPENDIX ONE: ADMINISTRATIVE REMEDY

On June 19, 2014, I submitted an "inmate request form" detailing my abuse by "Sergeant" FREDERICK. No response was received. On June 20, 2014, I orally requested a "grievance". I was told that staff misconduct issues were not subject to the grievance process.

On July 23, 2014, I requested in writing a "grievance" on a separate staff misconduct issue and was also told that staff misconduct was not grievable.

-1-